# UNITED STATES DISTRICT COURT

for the

Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

SUBJECT PARCEL bearing delivery confirmation no. 9505 5133 7573 6229 9241 39, more fully described in Attachment A

Case No. MJ26-530

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated herein by reference.

located in the Western District of Washington, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, for list of items to be seized, incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b) & 18 U.S.C. § 1716 | Distribution and Possession with Intent to Distribute Controlled Substances, Unlawful Use of a Communication Facility, and Deposit of Non-Mailable Items for Mail or Delivery |

The application is based on these facts:

See affidavit of U.S. Postal Inspector Matthew Caldwell, continued on the attached sheet.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

Matthew L. Caldwell, U.S. Postal Inspector
*Printed name and title*

This warrant is presented: ☑ by reliable electronic means ☐ telephonically recorded ☐ in person.

Date: August 21, 2026

[signature]
*Judge's signature*

City and state: Seattle, Washington

S. Kate Vaughan, United States Magistrate Judge
*Printed name and title*

USAO: #2026R01025 [GEN to NGUYEN]

# ATTACHMENT A

Parcel to be Searched

**SUBJECT PARCEL:** One Priority Mail parcel addressed to "Nathan Nguyen, 340 Meadow Ave N. Apt. A, Renton, WA 98057," with a return address of "Next Gen Performance, 1703 Castillo St Santa Barbara, CA 93101." The **SUBJECT PARCEL** measures approximately 11" x 10" x 2" and weighs approximately 1 lb. and 1 oz. This parcel was postmarked on August 17, 2026. This parcel entered the mail stream in Sacramento, California, and carries $16.85 in postage. The delivery confirmation number is 9505 5133 7573 6229 9241 39

The SUBJECT PARCEL is currently in the secured custody of the U.S. Postal Inspection Service located at 301 Union Street in Seattle, Washington.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B

Items to be Seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of Controlled Substances) and 843(b) (Unlawful Use of a Communication Facility), those violations occurring on or after July 1, 2026:

a. Controlled substances including, but not limited to, cocaine, fentanyl, heroin, lysergic acid diethylamide, marijuana, methamphetamine, 3,4-methylenedioxy-methamphetamine, steroids, synthetic opiates, and any other controlled substance listed in the Drug Enforcement Administration Scheduling of Controlled Substances; as well as any precursor chemicals or substances used to manufacture controlled substances;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing;

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the package; and

g. Items used to conceal controlled substances and/or proceeds.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

AFFIDAVIT

STATE OF WASHINGTON )
) ss
COUNTY OF KING )

I, Matthew L. Caldwell, United States Postal Inspector, United States Postal Inspection Service, Seattle, Washington, having been duly sworn, state as follows:

**BACKGROUND**

1. **Affiant Background.** I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail. I have been a Postal Inspector since May 2024 and I am currently assigned to the Seattle Division Headquarters office, located in Seattle, Washington. Prior to my current position as a Postal Inspector, I was a Special Agent with the U.S. Secret Service from March 2015 until January 2022 and the Transportation Security Administration (TSA) Investigations from January 2022 until May 2024. As part of my current duties, I investigate incidents where the U.S. Mail System is used for the purpose of transporting illegal materials, including controlled substances such as marijuana, cocaine, methamphetamine, and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), substances mailed in violation of Title 18, United States Code, Section 1716, and others. I have completed the Criminal Investigation Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, and have received specialized training in the investigation of controlled substances in the U.S. Mail. I have also received training on the identification of controlled substances and interdiction of controlled substances.

2. **Affiant Duties.** As part of my current duties, I investigate the use of the U.S. Mail to illegally mail and receive controlled substances, the proceeds of drug trafficking, as well as other instrumentalities associated with drug trafficking, in violation



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances) and 843(b) (unlawful use of a communication facility, including the U.S. Mail, to facilitate the distribution of controlled substances), and Title 18, United States Code, Section 1716 (deposit of nonmailable items for mail or delivery). As set forth below, my training and experience includes identifying parcels with characteristics of criminal activity. During the course of my employment with the United States Postal Inspection Service (USPIS), I have participated in criminal investigations involving suspicious parcels and controlled substances.

3. **Affiant Knowledge Based on Training and Experience.** From my training and experience, I am aware that the United States Postal Service (USPS) Mail System is often used to transport controlled substances and/or the proceeds from the sales of controlled substances throughout the United States. I have learned that sometimes drug traffickers put controlled substances and proceeds in the same package. I am also aware that proceeds from the sales of controlled substances are transported in the form of cash, money orders, and other monetary instruments. I am aware that cash, as well as money orders purchased with cash, are desirable forms of payment for drug traffickers, given that they are difficult for law enforcement to track. I also know that drug traffickers prefer mail/delivery services such as USPS Priority Mail Express, Priority Mail, and Ground Advantage because of the reliability of this service as well as the ability to track the article's progress to the intended delivery point.

4. From my training and experience, I have learned when a drug trafficker learns that a mailed article has not arrived as scheduled, s/he becomes suspicious of any delayed attempt to deliver the item. In addition, I am aware that the USPS Priority Mail Express service was custom designed to meet the needs of businesses by providing overnight delivery for time sensitive materials. Business mailings often contain typewritten labels, are in flat cardboard mailers, and usually weigh less than eight ounces. In addition, businesses using corporate charge accounts may print their account number



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and phone number on the USPS Priority Mail Express label in order to expedite transactions with USPS. Based on my training and experience regarding USPS Priority Mail operations, I am aware that the Priority Mail service was created as a less expensive alternative to Priority Mail Express, but designed to provide quicker, more reliable service than standard First-Class Mail. Whereas a customer mailing an article via Priority Mail Express expects next day to two-day delivery service, a customer who mails an article via Priority Mail can expect two to three-day delivery service. The USPS provides a tracking service through a tracking number, which allows the customer to track a parcel and confirm delivery.

5. Based on my training and experience concerning the use of the mail for the transportation of controlled substances and/or proceeds from the sales of controlled substances, I am aware that these parcels usually contain some or all of the following characteristics:

a. USPS Priority Mail Express, Priority Mail, and Ground Advantage are common classes of mail utilized by drug traffickers as the contraband typically arrives on a predictable date and is trackable by the customer. These classes of mail are used as they are protected from warrantless searches. Unlike private delivery services (FedEx, UPS, DHL, etc.), USPS parcels typically cannot be searched without a federal search warrant or an applicable exception to the warrant requirement (e.g., exigent circumstances). This level of protection offers shippers of controlled substances and/or proceeds from controlled substances a perceived level of protection against potential detection and arbitrary search and seizure.

b. USPS Priority Mail Express, Priority Mail, and Ground Advantage parcels containing controlled substances and/or proceeds are often distinguishable from typical business mailings as they do not bear any advertising on the mailing container/box and are typically mailed from one individual to another.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c. The sender and/or recipient information on USPS Priority Mail Express, Priority Mail, and Ground Advantage packages containing controlled substances and/or proceeds often are either fictitious or inaccurate to hide the true identity of the person(s) shipping and/or receiving controlled substances/proceeds from law enforcement. This can include a fictitious address, a real address and the name of a fictitious business or person, an incomplete return address, no return address, a return address that is the same as the recipient address, or a return address that is distant from the location that the parcel is mailed from.

d. The zip codes for the sender addresses on USPS Priority Mail Express, Priority Mail, and Ground Advantage parcels containing controlled substances and/or proceeds are often different from the zip codes of the post offices where the parcels are accepted by the USPS. This is another method of avoiding law enforcement detection.

e. USPS Priority Mail Express, Priority Mail, and Ground Advantage parcels containing controlled substances and/or proceeds are often heavily taped with tape on the seams of the parcel to conceal scent. It is common for contraband to be packaged within several layers inside the parcel, such as in a smaller box which is itself sealed in a similar fashion, or within layers of mylar bags and/or other bags. Sometimes, perfumes, coffee, dryer sheets, or other strong-smelling substances are used to mask the odor of controlled substances, proceeds of the illegal sale of controlled substances, and/or facilitation funds being shipped.

f. USPS Priority Mail Express, Priority Mail, and Ground Advantage parcels containing controlled substances and/or proceeds commonly either: (a) are destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

g. It is common for shippers of controlled substances and/or proceeds using USPS Priority Mail Express, Priority Mail, and Ground Advantage to pay for postage with cash in lieu of credit or debit cards, in order to remain anonymous.

h. Unlike typical USPS Priority Mail Express business mailings which usually have typed labels that include a telephone number, USPS Priority Mail Express packages containing controlled substances and/or proceeds often have handwritten address information and no telephone number or a fictitious telephone number. In addition, the address information often contains misspelled words or incomplete/incorrect addresses. This is done to conceal the identities of the individuals involved.

i. USPS Priority Mail Express parcels containing controlled substances and/or proceeds often either waive or do not request a recipient signature upon delivery of the parcel. This can allow the parcel to be delivered without the recipient having to sign for the parcel, protecting the anonymity of the recipient.

6. Inspectors who encounter a parcel with any or all of the above characteristics often further scrutinize the parcel by, among other tactics, conducting address verifications using law enforcement databases and examinations utilizing trained narcotic-detecting canines.

7. The information contained in this affidavit is based upon knowledge I gained from my investigation, my personal observations, my training and experience, and my conversations with other inspectors, agents, and officers. Because the purpose of this affidavit is limited to setting forth probable cause to search the **SUBJECT PARCEL**, described further in Attachment A, I have not set forth every fact of which I am aware pertaining to the investigation.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## INTRODUCTION AND PURPOSE OF AFFIDAVIT

8. This affidavit is being submitted in support of an application for a search warrant to search one USPS Priority Mail parcel (the "**SUBJECT PARCEL**"), more particularly described in Attachment A, which is incorporated herein by reference. This parcel is believed to contain controlled substances and/or proceeds from the sale of controlled substances.

9. The **SUBJECT PARCEL** is further described as follows: One Priority Mail parcel addressed to "Nathan Nguyen, 340 Meadow Ave N. Apt. A, Renton, WA 98057," with a return address of "Next Gen Performance, 1703 Castillo St Santa Barbara, CA 93101." The **SUBJECT PARCEL** measures approximately 11" x 10" x 2" and weighs approximately 1 lb. and 1 oz. This parcel was postmarked on August 17, 2026. This parcel entered the mail stream in Sacramento, California, and carries $16.85 in postage. The delivery confirmation number is 9505 5133 7573 6229 9241 39.

10. The application requests that law enforcement officers and agents be authorized to search the **SUBJECT PARCEL** for the items described in Attachment B, which is incorporated herein by reference.

## SUMMARY OF PROBABLE CAUSE

11. Previously, on July 29, 2026, I intercepted a Priority Mail parcel with delivery confirmation number 9505 5145 2348 6208 9877 62 addressed to Nathan Nguyen, 340 Meadow Ave N. Apt. A, Renton, WA 98057, at the USPS Seattle Network Distribution Center located at 34301 9th Ave S, Federal Way, WA 98003. On August 4, 2026, I executed federal search warrant MJ26-492 on that parcel and found approximately 262.6 grams of marijuana. That parcel originated from Los Angeles, California.

12. On August 18, 2026, USPS databases alerted me that the **SUBJECT PARCEL** was shipped from Sacramento, California. On August 19, 2026, I intercepted the **SUBJECT PARCEL** at the USPS Seattle Network Distribution Center and removed



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it from the mail stream. I identified the **SUBJECT PARCEL** as suspicious because the parcel originated from a source state for illicit narcotics and was addressed to the same address as the previously seized parcel which contained marijuana.

13. Using USPS and law enforcement databases, I researched the recipient's name and address listed on the **SUBJECT PARCEL**. I confirmed that the address 340 Meadow Ave N. Apt. A, Renton, Washington 98057, is a true and deliverable address. The recipient's name, Nathan Nguyen, is associated with that address.

14. A review of USPS business records revealed that the recipient address was previously shipped approximately seven Priority Mail parcels that originated from Sacramento, California dating back to March 2025. Many of these parcels contained postage that was paid for with cash.

15. I utilized USPS and law enforcement databases to research the sender's name and address listed on the **SUBJECT PARCEL**. The sender's name, Next Gen Performance, is not associated with the address 1703 Castillo St Santa Barbara, CA 93101. Additionally, this address is not a true and deliverable address. Based on my training and experience, I recognize that the sender listed a false name and address on the return information for the SUBJECT PARCEL to limit his or her attribution to the parcel. This is common when the parcel contains controlled substances.

16. On August 19, 2026, I requested the assistance of U.S. Customs and Border Protection (CBP) Officer Brian Jones and his canine partner, "Nico". I placed the **SUBJECT PARCEL** in an office area out of the view of "Nico" and Officer Jones. Officer Jones then applied K-9 "Nico" to the office area off leash. Upon approaching the **SUBJECT PARCEL**, K-9 "Nico" stopped and took several deep breaths and sat at approximately 1:15 p.m. When Nico sits, that is his alert that he can smell the odor of narcotics emitting from the **SUBJECT PARCEL**. Officer Jones' affidavit describing Nico's training, qualifications, and involvement in this case, is attached to this affidavit and incorporated herein by reference.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CONCLUSION**

17. Based on the facts set forth in this Affidavit, as well as the attached affidavit of Officer Jones (incorporated herein by reference), I submit that there is probable cause to conclude the **SUBJECT PARCEL** contains controlled substances and/or other evidence of the distribution of controlled substances, more fully identified in Attachment B.

18. This affidavit and application are being presented by reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

MATTHEW L. CALDWELL, Affiant
U.S. Postal Inspector, USPIS

The above-named affiant provided a sworn statement to the truth of the foregoing affidavit by telephone on the 21st day of August 2026.

S. KATE VAUGHAN
United States Magistrate Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT A**

Parcel to be Searched

**SUBJECT PARCEL:** One Priority Mail parcel addressed to "Nathan Nguyen, 340 Meadow Ave N. Apt. A, Renton, WA 98057," with a return address of "Next Gen Performance, 1703 Castillo St Santa Barbara, CA 93101." The **SUBJECT PARCEL** measures approximately 11" x 10" x 2" and weighs approximately 1 lb. and 1 oz. This parcel was postmarked on August 17, 2026. This parcel entered the mail stream in Sacramento, California, and carries $16.85 in postage. The delivery confirmation number is 9505 5133 7573 6229 9241 39

The SUBJECT PARCEL is currently in the secured custody of the U.S. Postal Inspection Service located at 301 Union Street in Seattle, Washington.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT B**

Items to be Seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of Controlled Substances) and 843(b) (Unlawful Use of a Communication Facility), those violations occurring on or after July 1, 2026:

a. Controlled substances including, but not limited to, cocaine, fentanyl, heroin, lysergic acid diethylamide, marijuana, methamphetamine, 3,4-methylenedioxy-methamphetamine, steroids, synthetic opiates, and any other controlled substance listed in the Drug Enforcement Administration Scheduling of Controlled Substances; as well as any precursor chemicals or substances used to manufacture controlled substances;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing;

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the package; and

g. Items used to conceal controlled substances and/or proceeds.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**U.S. Customs and Border Protection**
**Department of Homeland Security**

**Canine Enforcement Office**
1201 S 140th St. (suite 140)
Burien, WA 98168

# AFFIDAVIT

I, Brian L. Jones, am a Canine Officer with U.S. Customs and Border Protection, assigned to the Seattle-Tacoma area. My assigned canine, "NICO" (220776) and I initially certified on March 21, 2023, after successfully completing the U.S. Customs and Border Protection detection canine training academy. Canine "NICO" was trained and certified in the detection of concealed humans and the odors of Marijuana, Methamphetamine, Ecstasy, Cocaine and Heroin, and their derivatives along with Fentanyl and analogs of Fentanyl. I and canine "NICO" maintain our annual certification through the Customs and Border Protection regulations. This certification is a comprehensive test designed to measure the ability of the dog and the handler in searching for and indicating the presence of controlled substances. This certification consists of searches administered in different environments with a variety of distractions and is designed to duplicate actual field conditions which may be encountered by the canine team. Canine "NICO" must pass 16 of the 17 controlled finds (15 active and 2 blinds) which equates to a 94% or greater accuracy.

I and canine "NICO" participate in maintenance training, which is no less than 16 hours per month. Ongoing training includes:

- Training in all areas of interdiction, such as vehicles, boats, schools, currency, parcels and mail, airports, bus and bus depots, storage units, residences, motels, apartments, etc.
- Training on various quantities of controlled substances, ranging from grams to pounds.
- Training on controlled negative (blank) testing, in which all objects or locations have no contraband present.
- Conflict training, which proofs the dog and prevents him from alerting to common items associated with controlled substances, such as plastic bags, etc. and/or reward objects or toys.

CBP maintains training records of the on-going training. All training records and certifications are constantly maintained and up to date and current. The dogs are given a rating at each training day that is maintained for 90 days.

The ratings for each training day are based on unsatisfactory, poor, fair, average, good or excellent performance. Canine "NICO" has maintained a rating of "Good". Canine "NICO" is trained with a passive response/indication (sit or lay down), with various objects (toys) being his reward. Canine "NICO'S" last certification was April 22, 2026.

On August 19, 2026, my K-9 partner and I were requested to assist the Postal Inspection Service. At approximately 1:14 PM, Inspector Matthew Caldwell placed one suspect package in an office building area out of my view. I then applied K-9 “NICO” to the office building area off leash. Upon approaching the suspect parcel, K-9 “NICO” stopped and took several deep breaths and sat. When “NICO” sits, it is an indication he can smell the odor of narcotics emitting from the parcel. The particulars of the parcel are as follows:

Tracking#: 9505 5133 7573 6229 9241 39

Sender: Next Gen Performance
1703 Castillo St
Santa Barbara, CA 93101

Recipient: Nathan Nguyen
340 Meadow Ave N Apt A
Renton, WA 98057

Alert Time:
1:15 PM

I have been a Canine Officer since July 2022.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed: ______________________ Date: August 19, 2026

Brian L. Jones
Canine Enforcement Officer
U.S. Customs and Border Protection
Seattle, WA
Cell: (206) 369-2928